# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | **(For a Petty Offense)** - Short Form |
| JOHN M. HUDSON | CASE NUMBER: DVAW718PO000013-001 |
| | CASE NUMBER: |
| | USM NUMBER: |
| | waived |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.14(b) | Open container of alcohol in a moving vehicle | 12/10/2017 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 40.00 | $ 30.00 |

It is further ordered that the assessment and fine shall be paid in full within 30 days.

Defendant's Soc. Sec. No.: 8047

Defendant's Date of Birth: 1968

Defendant's Residence Address:
Roanoke, VA

Defendant's Mailing Address:
Roanoke, VA

1/18/2018
Date of Imposition of Judgment

*Robert S. Ballou*
Signature of Judge

Robert S. Ballou, United States Magistrate Judge
Name and Title of Judge

March 5, 2018
Date